

*SUTTELL & HAMMER, P.S. in AK, OR, UT, WA  (FKA SUTTELL, HAMMER & WHITE, P.S.)
*SUTTELL & HAMMER, P.C. in CO, ID  (FKA SUTTELL, HAMMER & WHITE, P.C.)
*SUTTELL & HAMMER, APC in CA  (FKA SUTTELL, HAMMER & WHITE, APC)
P.O. BOX C-90006  BELLEVUE, WA 98009 / WWW.SUTTELLANDHAMMER.COM
425-455-8220 TEL / 888-788-8355 TOLL FREE / 425-453-3239 FAX

September 22, 2017



Garam Park
12303 Harbour Pointe Blvd Unit Aa306
Mukilteo WA 98275-5219

Re:  Creditor: Bank of America, N.A.
     Consumer: Garam Park
     Balance Owed: $5632.92
     Account #XXXXXXXXXXXX9615
     ██████9.001

Bank of America, N.A. has referred the above account to our offices for collection.

If you fail to dispute the debt or any portion thereof within 30 days after your receipt of this letter we will assume the debt is valid.

If you notify this office in writing within 30 days after your receipt of this letter that the debt or any portion thereof is disputed, our offices will obtain verification of the debt or a copy of a judgment, if any, and mail such verification or judgment to you. Upon your written request within the same 30 day period stated above, we will provide you the name and address of the original creditor if different from the current creditor.

This communication is from a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.

Please contact our offices if you have any issues and/or comments.

Sincerely,

Suttell & Hammer

This account is issued and administered by Bank of America, N.A., successor-in-interest to FIA Card Services, N.A.
THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.