UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
GARAM PARK, individually and on behalf of
all others similarly situated,

                Plaintiff,

    v.

SUTTELL & HAMMER, PC,

                Defendant.
_____

Case No. C18-1407RSL

ORDER TO SHOW CAUSE

On , November 1, 2018, the Court issued an order requiring the parties to file a Joint Status Report by November 29, 2018. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, December 20, 2018, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of November 1, 2018. The Clerk is directed to place this Order to Show Cause on the Court's calendar for Friday, December 21, 2018.

DATED this 4th day of December, 2018.

                                              /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge

ORDER TO SHOW CAUSE