The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARAM PARK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUTTELL & HAMMER, P.C.,<br><br>　　　　　　　Defendant. | No. 2:18-cv-01407-RSL<br><br>JOINT RESPONSE TO ORDER TO SHOW CAUSE |

Plaintiff Garam Park ("Plaintiff") and Defendant Suttell & Hammer, P.S., ("Defendant"), submit the following in response to the Court's Order to Show Cause (ECF No. 9):

Plaintiff and Defendant apologize to the Court for their delay in finalizing and filing the report as required by the Court's November 1, 2018 Order (Dkt. No. 6).  The report had been completed, but not yet filed at the time the Court issued its Order to Show Cause. The parties filed the report on December 4, 2018 (see Dkt. 10), and the court has since issued the case schedule (Dkt. No. 11). The parties will adhere carefully to the deadlines that have since been entered by the Court.

JOINT RESPONSE TO ORDER TO SHOW CAUSE
(2:18-cv-01407-RSL) - 1

1
2
3   DATED this 19th day of December, 2018.
4
                                            Barshay Sanders, PLLC
                                            Attorneys for Plaintiff
5                                           Garam Park

6                                           By:  /s/ Craig B. Sanders
                                                Barshay Sanders, PLLC
7                                               Craig B. Sanders, Esq.
                                                100 Garden City Plaza, Suite 500
8                                               Garden City, New York 11530
                                                Tel: (516) 203-7600
9                                               Fax: (516) 281-7601
10                                              Email: csanders@sanderslawpllc.com

11
12
                                            Davis Wright Tremaine LLP
13                                          Attorneys for Defendant
                                            Suttell & Hammer, P.S.
14
15                                          By *s/ Brad Fisher*
                                                Brad Fisher, WSBA #19895
16                                              920 Fifth Avenue, Suite 3300
                                                Seattle, Washington 98104-1610
17                                              Telephone: 206.757.8042
                                                Fax: 206.757.7042
18                                              E-mail: bradfisher@dwt.com
19
20
21
22
23
24
25
26
27

JOINT RESPONSE TO ORDER TO SHOW CAUSE
(2:18-cv-01407-RSL) - 2